# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD SPEARMAN.** : | **CIVIL ACTION NO. 1:09-CV-2429** |
| Petitioner : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| : | |
| **DAVID A. VARANO, ATTORNEY** : | |
| **GENERAL OF THE STATE OF** : | |
| **PENNSYLVANIA, TOM CORBETT** : | |
| Respondents : | |

## ORDER

AND NOW, this 3rd day of November, 2010, upon consideration of the petition for writ of habeas corpus (Doc. 1), and respondent having suggested that the matter be stayed pending the disposition of petitioner's Post Conviction Relief Act appeal (Doc. 11, at 5), and it appearing that the Pennsylvania Supreme Court has denied the petition for appellate review (Doc. 12, at 2), it is it is hereby ORDERED that:

1. Respondents shall file, within twenty-one (21) days from the date of this order, an answer, in the form of a brief, to the petition (Doc. 1). See R. GOVERNING §2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

2. Petitioner shall be permitted to file, within fourteen (14) days of the date on which the answer is filed, a reply to the answer. See R. GOVERNING § 2254 CASES R. 1(b), 5 (e).

3. The court will decide whether to hold a hearing on the basis of the petition, respondents' answer, and, if filed, petitioner's reply.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge